**UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Airman First Class ANTHONY V. ALLEN**
**United States Air Force**

**ACM 38679**

**14 July 2015**

Sentence adjudged 15 May 2014 by SPCM convened at Altus Air Force Base, Oklahoma. Military Judge: Michael Coco.

Approved Sentence: Bad-conduct discharge, confinement for 1 month, forfeiture of all pay and allowances, and reduction to E-1.

Appellate Counsel for the Appellant: Major Jennifer J. Raab and Captain Michael A. Schrama.

Appellate Counsel for the United States: Lieutenant Colonel John E. Owen and Gerald R. Bruce, Esquire.

Before

HECKER, TELLER, and KIEFER
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000).

Accordingly, the approved findings and sentence are **AFFIRMED**.

FOR THE COURT

LEAH M. CALAHAN
Deputy Clerk of the Court